Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
WEN BING LEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>WEN BING LEI,<br><br>              Defendant. | No.  15-cr-71548-SK<br><br>**STIPULATION AND [Proposed] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME**<br><br>Date: February 17, 2016<br>Time:  9:30 a.m.<br>Court: Hon. Maria-Elena James |

This matter is set for a preliminary hearing or return of an indictment before this Court on February 17, 2016.  The parties request that this matter be continued to March 30, 2016 at 9:30 a.m. for further setting.  Pursuant to Fed. R. Crim. P. 5.1(d), the defendant consents to extending the time limits set forth in Fed. R. Crim. P. 5.1(c) to exclude from the 14-day limit the time from the earlier hearing (i.e., February 1, 2016) to the newly proposed hearing date (i.e., March 30, 2016) to accommodate this request, and defense counsel is continuing to review discovery, to conduct investigation, and to otherwise prepare the defense.  As a result, the parties request that the Court exclude time between February 17, 2016 and March 30, 2016 for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for delay, and the parties agree the ends of justice served by granting the continuance

/ / /

-1-

STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME

outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  February 8, 2016         Brian J. Stretch
                                 Acting United States Attorney

                                 /S/
                                 William Frentzen
                                 Assistant United States Attorney

Dated:  February 8, 2016         /S/
                                 Mark R. Vermeulen
                                 Attorney for Defendant
                                 WEN BING LEI

## ORDER

IT IS HEREBY ORDERED that this matter is continued to March 30, 2016 at 9:30 a.m. for further setting.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 5.1(d), the 14-day limit set forth in Fed. R. Crim. P. 5.1(c) shall be extended, such that the 14-day limit shall run from March 30, 2016.

IT IS FURTHER ORDERED that time between February 17, 2016 and March 30, 2016 is excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February __9__, 2016

                                 _____
                                 MARIA-ELENA JAMES
                                 United States Magistrate Judge