1   Mark R. Vermeulen  [CSBN 115381]
    Law Office of Mark R. Vermeulen
2   755 Florida Street #4
    San Francisco, CA 94110.2044
3   Phone: 415.824.7533
    Fax: 415.824.4833
4   vermeulen@mindspring.com

5   Attorney for Defendant
    WEN BING LEI
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,            No.  15-cr-71548-SK

12              Plaintiff,                **STIPULATION AND [Proposed] ORDER TO
                                          CONTINUE HEARING AND TO EXCLUDE
13        v.                              TIME**

     WEN BING LEI,
14                                        Date: July 12, 2016
              Defendant.                  Time:  9:30 a.m.
15

16          This matter is set for a preliminary hearing or return of an indictment before this Court on July

17   12, 2016.  The parties request that this matter be continued to September 13, 2016 at 9:30 a.m. for

18   further setting.  Pursuant to Fed. R. Crim. P. 5.1(d), the defendant consents to extending the time limits

19   set forth in Fed. R. Crim. P. 5.1(c) to exclude from the 14-day limit the time from July 12, 2016 to the

20   newly proposed hearing date (i.e., September 13, 2016) to accommodate this request, and defense

21   counsel is continuing to review voluminous discovery, to conduct investigation, and to otherwise

22   prepare the defense.  As a result, the parties request that the Court exclude time between July 12, 2016

23   and September 13, 2016 for effective preparation of defense counsel, taking into account the exercise of

24   due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for

25   delay, and the parties agree that the ends of justice served by granting the continuance outweigh the best

26   / / /

27   / / /

28
                                          -1-
     STIPULATION AND [Proposed] ORDER
     CONTINUING HEARING AND EXCLUDING TIME

1  interests of the public and the defendant in a speedy trial.

2  Dated:  June 27, 2016                                    Brian J. Stretch
                                                            Acting United States Attorney

3

4                                                           /S/
                                                            William Frentzen
                                                            Assistant United States Attorney

5

6  Dated:  June 27, 2016                                    /S/
                                                            Mark R. Vermeulen

7                                                           Attorney for Defendant
                                                            WEN BING LEI

8

9                                    ORDER

10          IT IS HEREBY ORDERED that this matter is continued to September 13, 2016 at 9:30 a.m. for

11  further setting.

12          IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 5.1(d), the 14-day limit set forth

13  in Fed. R. Crim. P. 5.1(c) shall be extended, such that the 14-day limit shall run from September 13,

14  2016.

15          IT IS FURTHER ORDERED that time between July 12, 2016 and September 13, 2016 is

16  excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into

17  account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based

18  upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of

19  justice served by granting the continuance outweigh the best interests of the public and the defendant in

20  a speedy trial.

21          IT IS SO ORDERED.

22
    Dated:  ___June 28,_____, 2016          _____

23                                            Maria-Elena James
                                              United States Magistrate Judge

24

25

26

27

28
                                              -2-
    STIPULATION AND [Proposed] ORDER
    CONTINUING HEARING AND EXCLUDING TIME